770 A.2d 685

**RUSSEL MOTOR CARS, INC.**

**v.**

**Annette RICHMOND.**

**No. 112 Sept. Term, 2000.**

Court of Appeals of Maryland.

April 18, 2001.

Randolph C. Baker (Margolis, Pritzker & Epstein, P.A. on brief) of Towson, for petitioner.

Leonard J. Levine of Baltimore, for respondent.

Argued Before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL, and BATTAGLIA, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 18th day of April, 2001,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.